1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10                                   WESTERN DIVISION

11   D'ANDRE POWELL,                          ) Case No. 2:22-cv-02626-DOC-JDE
                                              )
12               Plaintiff,                   )
                                              ) ORDER ACCEPTING FINDINGS
13          v.                                ) AND RECOMMENDATION OF
                                              ) UNITED STATES MAGISTRATE
14   ROBERT LUNA, et al.,                     ) JUDGE
                                              )
15               Defendants.                  )
                                              )
16                                            )
                                              )

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file,

19   including the operative Complaint (Dkt. 1) filed by D'Andre Powell

20   ("Plaintiff"), the Motion to Dismiss the Complaint (Dkt. 12, "Motion") and

21   Request for Judicial Notice (Dkt. 13, "RJN") filed by Defendants Robert Luna

22   and Eric Matusak ("Defendants"), and the Report and Recommendation of

23   the assigned United States Magistrate Judge (Dkt. 18, "Report"). No party

24   filed timely written objections to the Report. The Report and Recommendation

25   is approved and accepted.

26          Therefore, IT IS HEREBY ORDERED that:

27          1.     The Motion (Dkt. 12) and RJN (Dkt. 13) are GRANTED and the

28                 Complaint is dismissed with leave to amend as set forth below;

1   2.   The DOE defendants named in the Complaint are dismissed

2        without prejudice; and

3   3.   If Plaintiff still desires to pursue this action, he is ORDERED to

4        file a First Amended Complaint within thirty (30) days from the

5        date of this Order attempting to remedy the deficiencies described

6        in the Report, with any responsive pleading by Defendant to such

7        First Amended Complaint due twenty-one (21) days after the filing

8        of such First Amended Complaint. A failure by Plaintiff to timely

9        file a complaint First Amended Complaint may result in dismissal

10       of this action for failure to prosecute and/or failure to comply with

11       a Court order. See Fed. R. Civ. P. 41(b).

12   IT IS SO ORDERED.

13

Dated:  December 6, 2022

14

15   _____

        DAVID O. CARTER

16       United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2