```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
```

| | |
|---|---|
| D'ANDRE POWELL,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT LUNA, et al.,<br><br>        Defendants. | Case No. 2:22-cv-02626-DOC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative Complaint (Dkt. 1) filed by Plaintiff D'Andre Powell ("Plaintiff"); the Order Accepting Findings and Recommendation of United States Magistrate Judge dated December 6, 2022, dismissing the Complaint with leave to amend (Dkt. 19); and the Report and Recommendation of the assigned Magistrate Judge filed on January 24, 2023 (Dkt. 22, "Report"). No party filed timely objections to the Report or sought additional time in which to do so.  The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that:

    (1)    The Complaint is DISMISSED without prejudice ; and

/ / /

(2) Judgment shall be entered dismissing this action in accordance with the foregoing.

IT IS SO ORDERED.

Dated: February 28, 2023

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge