JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| D'ANDRE POWELL, | Case No. 2:22-cv-02626-DOC-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT LUNA, et al., | |
| Defendants. | |

   Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

   IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: February 28, 2023

_____
DAVID O. CARTER
United States District Judge